IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TEDDY LUEBBERT,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. **07-273-CJP** |
| **LOCAL 520 EMPLOYERS and OPERATING ENGINEERS PENSION FUND**, and **CAROL LUEBBERT**, | ) ) ) ) ) |
| Defendants. | ) ) |

# ORDER

**PROUD, Magistrate Judge:**

The Court having been advised by counsel for the parties that the above action has been settled, Plaintiff's Voluntary Dismissal With Prejudice **(Doc. 41)** is **GRANTED**.

This action is ordered dismissed with prejudice, with each party to bear his or hers or its own costs.

**IT IS SO ORDERED.**

**DATED: May 19, 2008.**

                                                  **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **UNITED STATES MAGISTRATE JUDGE**