IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| TEDDY LUEBBERT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | NO. 07-273-CJP |
| LOCAL 520 EMPLOYERS AND OPERATING ENGINEERS PENSION FUND and CAROL LUEBBERT, | ) | |
| Defendants. | ) | |

# JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice in accordance with Order entered by United States Magistrate Judge Clifford J. Proud on May 20, 2008, (Doc. 43). Each party to bear his or her own costs.

**DATED**: May 20, 2008

**NORBERT G. JAWORSKI, CLERK**

BY: S/Angela Vehlewald
Deputy Clerk

Approved by  S/Clifford J. Proud
**United States Magistrate Judge
Clifford J. Proud**